U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

DEC 0 1 2008

ROBERT␣␣SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RONALD E. COLEMAN (#119449) | DOCKET NO. 08-0894; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| KEITH DEVILLE | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's Petition for Writ of Habeas Corpus (28 U.S.C. §2241) be **DENIED** and **DISMISSED** with prejudice.

**THUS DONE AND SIGNED** in Chambers at Alexandria, Louisiana, on this 1st day of December, 2008.

JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT JUDGE